868

No. 09–11216. STASZ v. GONZALEZ, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 09–11217. MCCRAY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 09–11219. PARKER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 09–11221. KANTE v. NIKE, INC. C. A. 9th Cir. Certiorari denied.

No. 09–11222. MATHEWS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11224. LIPHAM v. MAINE. C. A. 1st Cir. Certiorari denied.

No. 09–11225. YSAIS v. RICHARDSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–11226. WADE v. MARINE SERVICES OF ACADIANA, LLC, ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 09–11227. NORBERG v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 09–11228. PLATE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11229. SEALE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11230. SCHINDLEY v. MEMORY FILM PRODUCTIONS ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–11231. SANAI v. SANAI. Ct. App. Wash. Certiorari denied.

No. 09–11233. COULOMBE v. SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.